UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SENTENCE MINUTES</u>

Case No.:     1:03:CR:239-01
Date:         March 24, 2005
Time:         1:40 PM - 4:50 PM
Judge:        Hon. Gordon J. Quist

UNITED STATES OF AMERICA v. NORMAN DAVID SOMERVILLE

Appearances:

Government: Lloyd K. Meyer
Defendant: Richard E. Zambon   G Retained   O Appointed

**CONVICTION:**   O Indictment   G Information

  O PLEA to Count:   One     Date of Plea: 8/11/2004
  G JURY TRIAL

**SENTENCE:**   IMPRISONMENT:          80 mos.

  SUPERVISED RELEASE:    3 yrs.

  PROBATION:

  RESTITUTION:

  FINE:                  $2,000.00

  SPECIAL ASSESSMENT:    $100.00

Govt's Motion to Dismiss all remaining counts and charges without prejudice:   O Granted   ☐ Denied

Govt's 5K1.1 Motion Granted?   ☐ YES   ☐ NO     Defendant's 5K2.0 Motion Granted?   ☐ YES   ☐ NO
Govt's 3E1.1 Motion Granted?   ☐ YES   ☐ NO

Appeal Forms given to counsel & defendant?     O YES   ☐ NO

O Remand   ☐ Self Surrender            Plea Agreement Accepted?   O YES   ☐ NO

Interpreter Sworn?    ☐ YES   ☐ NO      ☐ Ellen Donohue   ☐ Gloria Torres   ☐ Tamara Brubaker

ADDITIONAL:

Government witness ATF Special Agent Mark Semear sworn and testified;

Government witness FBI Special Agent Robert Birdsong sworn and testified

Court Reporter:  Diane Calsbeek                    Courtroom Clerk:  Jane M. Tepper