**RESPONSE TO INMATE CORRESPONDENCE**

SOMERVILLE, Norman
Reg. No. 11612-040
Younity Unit

This is in response to your Inmate Request to Staff dated November 17, 2008. You request the recommendation by the unit team to place you in a Comprehensive Sanction Center (CSC) be rescinded.

A review of your case reveals you were sentenced out of the Western District of Michigan to an 80-month sentence for Possession of a Machine Gun. Specifically, your Presentence Investigation Report states you were in possession of at least 17 firearms (including machine guns), and various destructive devices. Additionally, your PSI indicates you were involved with the Michigan Militia, and had a reported hatred for the government. It is also mentioned in your PSI you wrote letters depicting how you and a witness in your case provided information on the Michigan Militia which led to threats against this witness by the militia and that you had written intimidating letters to this witness as well.

Due to the seriousness of your offense and you possibly returning to the area of this offense upon your release, your unit team recommended you to 180-day placement in a RRC with a consideration for a CSC. A CSC is designed to meet the needs of higher risk prerelease inmates. In accordance with Program Statement 7310.04, Community Corrections Center Utilization and Transfer Procedure, staff shall make recommendations for CCC placements based on assessments of inmate needs for services, **public safety**, and the necessity of the Bureau to manage it's inmate population responsibly. The ultimate goal is to maximize each eligible inmate's chances for successful release and a law-abiding life. The unit team feels recommending placement in a CSC is appropriate.

_____
M. Pitt, Unit Manager

_____11/18/08_____
Date

EXHIBIT B

## REQUEST FOR ADMINISTRATIVE REMEDY
### Part B - Response

**DATE FILED: 12-30-2008**                                    **REMEDY #: 520816-F1**

This is in response to your Request for Administrative Remedy receipted December 30, 2008. You are requesting the recommendation by your unit team for a Residential Reentry Center (RRC) or Comprehensive Sanction Center (CSC) be rescinded.

A review of your case reveals you were sentenced out of the Western District of Michigan to an 80-month sentence for Possession of a Machine Gun. You have a projected release date of August 1, 2009, via Good Conduct Time. On May 16, 2008, your unit team, in accordance with the Second Chance Act of 2007, reviewed you for transfer to a RRC as part of pre-release planning. Based on the seriousness of your offense and you returning to the area of your offense upon your release, the unit team recommended you for a 180-day placement in a RRC with a consideration for a CSC. As noted in an Inmate Request to Staff Member response from your unit team dated November 18, 2008, a CSC is designed to meet the needs of higher risk pre-release inmates. In addition, the unit team indicated to you that Program Statement 7310.04, Community Corrections Center Utilization and Transfer Procedure, also states, "staff shall make recommendations for RRC placements based on assessments of inmate needs for services, public safety, and the necessity of the Bureau to manage its population responsibly." According to your Presentence Investigation Report, your offense conduct involved you being sworn in as a member of the Michigan Militia in August 2001 and had plans to cause an accident using "road stars". When the Michigan State Police (MSP) arrived on the scene, you planned to ambush and kill them. In addition, at the time of your arrest, a search of your property by the Bureau of Alcohol, Tobacco and Firearms (ATF) revealed a total of 17 firearms, including machine guns and weapons converted from semiautomatic to automatic, 33,033 rounds of ammunition, an underground firing range with over 1,000 rounds of ammunition, machine gun manuals, firearm parts and accessories, and destructive devices and explosives. Following the September 11, 2001, terrorist attack on the United States, several militia members went to your property to train for what they believed to be the next wave of terrorist attacks in the United States.

Therefore, based on the above, I believe the unit team's recommendation for placement in a CSC is appropriate. It is believed the serious nature of your offense conduct places you at a higher security risk and demonstrates a need for increased public safety.

Your Request for Administrative Remedy is denied.

In the event you are not satisfied with this response, and wish to appeal, you may do so by submitting a BP-10 to the Regional Director at the Bureau of Prisons, Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701. Your appeal must be received in the Mid-Atlantic Regional Office within 20 days of this response.

_____          _____
Stephen M. Dewalt, Warden                 Date

EXHIBIT C

BP-S522.051 **SUPERVISION RELEASE PLAN** CDFRM
SEP 99
**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| Institution Name: | Federal Medical Center | Date |
|---|---|---|
| Address: | 3301 Leestown Road Lexington, Kentucky 40511-8799 | January 7, 2009 |
| Phone Number: | 859-255-6812 | |

Federal Bureau of Prisons
U. S. Department of Justice
Washington, D.C.

Gentlemen:

Under the law I become eligible for **RELEASE**     ☒ Supervised Release     on 08/01/09
                                                     ☐ Parole
                                                     ☐ Mandatory Release

In accordance therewith I submit the following as my plans for the service of the remainder of my sentence under supervision. Pursuant to my sentence, I must report in person to the United States Probation Office within 72 hours of my release.
(Type or Print)

**RESIDENCE**
   Address 101 E. Church street, Atkinson, NC 28421

| With Whom | Donald Sullivan, Lt. Col, USAFR(R) |
|---|---|
| Relationship | Friend and prospective employer |
| Telephone Number (if available) | 910-617-2559 |

**EMPLOYER**

| Name | To be obtained as a paralegal |
|---|---|
| Address | 101 E Church Street, Atkinson, NC 28421 |

Telephone Number (if available) 910-617-2559 contact person Donald Sullivan, Lt. Col., USAFR(R)

| Nature of Business | |
|---|---|

| TO BE COMPLETED BY INSTITUTION STAFF | |
|---|---|
| SENTENCING DISTRICT | Western District of Michigan |
| DETAINERS | None |
| SPECIAL CONDITIONS | Financial Disclosure; Testing and Treatment for Substance Abuse, Mental Health Treatment. |
| REMARKS | Inmate Somerville is requesting to relocate from the Western District of Michigan to the Eastern District of North Carolina. He will be recommended for RRC placement to assist in his transition back into the community. |

| Printed Name and Signature of Inmate SOMERVILLE, Norman | Register No. 11612-040 |
|---|---|
| Witness (Case Manager) Printed Name and Signature *Beverly Hoskins* | Date 1/9/09 |
| Review (Unit Manager) Printed Name and Signature *Beverly Hoskins, Acting* | Date 1/9/09 |

EXHIBIT D

This form is to be completed by all individuals subject to supervision by the U.S. Probation Office. This includes Supervised Release, Parole, Mandatory Release, Mandatory Release to Special Parole, Special Parole and Court Designated Parole.
Record Copy - Institution; Copy - U.S. Probation Office; Copy - Inmate
(This form may be replicated via WP)                    This form replaces BP-S522 DTD SEP 95