

**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**

*Federal Medical Center*
*Consolidated Legal Center*
*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

June 16, 2009

Norman Somerville
11612-040
FMC Lexington
P O Box 14500
Lexington, KY 40512

Re:    FOI/PA Request No. 2009-08123

Mr. Somerville:

This letter is in response to your Request for Federal Bureau of Prisons records.  You requested a copy of the letter you wrote to the former president of the United State.

We have attached 3 pages in response to your request.  We trust this will satisfy your request.

Sincerely,

Michelle Fuseyamore
Regional Counsel

EXHIBIT E

DEAR MR. BUSH,                    JAN 8, 2009
   THE EDITORS AT AMERICAN FREE
PRESS FEEL THAT YOU NEED SOME
REMINDERS OF HOW MUCH AMERICAN
AS WELL AS IRAQI'S HATE YOU FOR
YOUR VILE LIES AND EVIL "WAR"
IN IRAQ. SO PLEASE FIND A
PAIR OF SHOES ON THE REVERSE
TO ADD MY SYMPATHY TO MANTADAR
AL-ZAIDI.
          MAY YOU ROT IN HELL,

               DAVID SOMERVILLE

WHICH ONE OF YOUR ISRAELI MOUSE-
KATEERS SABOTAGED MIKE CONNELL'S
PLANE ?

EXHIBIT E

MY MONEY IS ON VINCENT BUGLIOSI.
I SAY YOU'RE GOING DOWN FOR
MURDER REAL SOON. REAL SOON.



EXHIBIT E



GEORGE BUSH
10151/10141 DARIA PLACE
DALLAS, TEXAS
75229

NORMAN DAVID ..........
11012-040 YOUNITY
FEDERAL MEDICAL CENTER
P.O. BOX 14500
LEXINGTON, KY 40512

EXHIBIT E

PERSONAL FROM THE EDITOR

## Suppressing Truth

The mainstream media suppressing the truth on page 12, where we have our Martin Luther King birthday "tribute." Throughout the rest of the major media, you will find fairy tales; with us, you will find the truth about King.

First, read the real story of King's life by M. Raphael Johnson, Ph.D., who first wrote it in 2005 while editor of THE BARNES REVIEW. Now, he is a freelance contributor to AFP. Then read my report on King's lifelong practice of plagiarism.

This is information the mainstream media is well aware of, but wants to keep away from Americans. In the long-ago days of professional journalism, such suppression never happened. It may break a reporter's heart to have to report a story ("this hurts us Republicans") but report it he did. Now the reporter hides such a story.

The American media was well aware of King's lifelong practice of plagiarism but did not want you to know. The media simply refused to report the ugly facts. When public awareness was jolted by *The Spotlight* newspaper, calls and letters forced the mainstream media to put it "in the record." This means readers can be told, "Yes, we did carry that story."

Yes, but how? *The Washington Post* method was typical. For decades, the now-retired Billy Raspberry was the official black columnist for the *Post*. He wrote only about how the American Negro is badly abused by evil white men. His column dates back to the days of the "column cut"—a small photograph along with his byline. That's how Raspberry was identified as black.

# Obama Aide Supports NAFTA Superhighway

**EXHIBIT E**

You read in our campaign coverage of a top aide of Barack Obama telling a gathering in Canada that Obama was planning to eliminate borders separating Mexico, the U.S. and Canada and not to take the presidential candidate seriously when he talked about changing NAFTA, that it was just political rhetoric. How true. *The Washington Times* reports that Obama plans to name former Dallas Mayor Ron Kirk U.S. trade negotiator. Kirk is a longtime supporter of NAFTA and strongly endorsed a proposal in 2001 to build a "NAFTA Superhighway" linking Mexico, the U.S. and Canada.

### 'MERRY CHRISTMAS' FIRING

A Christian woman says she was fired from her job because she greeted customers with "Merry Christmas" instead of "Happy Holidays." She is suing the vacation rental company, Counts-Oakes Resort Properties of Pensacola, Fla. "I hold my core Christian values to a high standard and I absolutely refuse to give in on the basis of values," said Tonia Thomas, 35, a Baptist. "All I wanted was to be able to say 'Merry Christmas' or to acknowledge no holidays. As a Christian, I don't recognize any other holidays."

### NOT SO 'HOLY' LAND

In addition to the hundreds of brothels, the sex slave business and narcotics rings that have set up shop in Israel in the last decade, now Israel is recruiting homosexual athletes for the upcoming 2000 World Gay Olympics to take place in Copenhagen, Denmark next summer. Recently a delegation of homosexual athletes has been making prepara-

### Bankers Get Big Bucks for Bad Work

Banks that are getting taxpayer dollars paid top executives lavishly... [illegible]

### WOMAN FINDS $10,000

Debra Rogoff of Irvine, Calif opened a box of crackers to find instead an envelope stuffed with $10,000. Rather than go on a shopping spree, she called police and was initially told the money could be part of a drug drop. Police later heard from store managers at Whole Foods in Tustin that an elderly woman had come in a few days earlier, hysterical because she had mistakenly returned a box of crackers with her life savings inside. In a mix-up the store restocked the box. The Lake Forest woman, whose identity was not released, had lost faith in her bank

### Bailout Recipients Can't Give Up Bad Habits

Six financial firms that received billions in bailouts still own and operate fleets of jets to carry executives to company events and vote... [illegible] ... International Group, which has received $150 billion from taxpayers, has seven planes, according to the Federal Aviation Administration. Five other companies that got a combined $120 billion also own aircraft for luxury travel. They are: Citigroup, Wells Fargo & Co., Bank of America Corp., JPMorgan Chase & Co. and Morgan Stanley.

tions ahead of the second annual sporting and cultural event hosted by the global homosexual community. "Sporting" events include volleyball, ballroom dancing and soccer.

### CHRISTIANS MANIPULATED

"The Kingdom of Heaven is not a kingdom in the clouds. Either it exists here or else it exists nowhere.... It's on Earth, and that is why Christ came here and was born among the poor, in the manger." So says Venezuela's President Hugo Chavez, adding that the capitalist system throughout its history has distorted Jesus' message to the poor about the Kingdom of Heaven, with the sole purpose of exploiting the impoverished majorities in favor of the minorities who enjoy the wealth of the world. "The Christ child was born on Earth, poor and human, to fight and make this planet truly the Kingdom of Heaven, of equality and justice," he said, adding "The message of Christ has

and decided the box would be a safer place for her money.



### THANKS AGAIN, BILDERBERG

When you read that Bilderberg ordered the price of oil to drop (AFP June 23, 2008) the price was nearly $150 a barrel. The decline started immediately. By December 23, the price was below $39 a barrel. It was the same Bilderberg boys who had ordered the giant increases earlier.

### THWARTING WILL OF THE PEOPLE

California Attorney General Jerry Brown is pushing to reverse a ban on same-sex marriage, telling the state Supreme Court the voter-approved ban violates the constitutional right to "liberty." Proposition 8, which limits marriage to a union of man and woman, was approved by California voters last month. It stopped same-sex marriages and sparked a high-level legal battle.

### ONE SIZE FITS ALL

The internet is on fire with the idea of sending Mr. Bush your old shoes to show solidarity with the journalist who threw two shoes at the president during a visit to war-torn Iraq. Journalist Muntadar al-Zaidi hurled the shoes at Bush while calling him a "dog" for destroying much of Iraq. To send shoes, mail them to either the White House, 1600 Pennsylvania Avenue, Washington D.C. 20500 or a Bush residential address, 10151/10141 Daria Place, Dallas, Texas 75229.

6   AMERICAN FREE PRESS · JANUARY 5 & 12, 2009 · ISSUE 1/2

CRIME, CONSPIRACY & COVER-UP

# Insider With Dirt on Bush, Rove Dies in Crash Before Telling All

By Pat Shannan



Michael Connell, 45, the Bush black box expert who was directly implicated in the rigging of George Bush's 2000 and 2004 presidential elections, was killed when his single-engine plane crashed outside of the Akron, Ohio airport on December 19. *Velvet Revolution* (VR), a non-profit publication that has been investigating Connell's activities for the past two years, revealed that a person close to Connell told an investigative reporter that he was afraid that George Bush and Dick Cheney would "throw him under the bus."

A tipster close to the McCain campaign disclosed in July that Connell's life was in jeopardy and that Karl Rove had threatened him and his wife, Heather. Attorney Cliff Arnebeck notified the U.S. attorney general, Ohio law enforcement and the federal court about those threats at the time and insisted that Connell be placed in protective custody. The request went unheeded.

An associate of Connell's had been warned by VR that they had received a tip that the plane had been sabotaged and that Connell should not fly it. VR reported that Connell was a very experienced pilot who had to abandon at least two flights in the past two months because of suspicious problems with his plane.

He had flown to Washington, D.C. on Dec. 18, 2008 to meet with some people. It was at the end of his return flight home the next day that he crashed.

Connell appeared before Federal Judge Simon Oliver, a Democrat and Clinton appointee, on October 31, after being subpoenaed in a federal lawsuit investigating Karl Rove and the rigging of the 2004 election. AFP readers will remember that a 2005 investigation showed that computer vote-rigging had resulted in the Ohio vote being stolen from John Kerry, a state that would have swung the election away from George Bush.

Judge Oliver had ordered Connell to appear for a deposition on November 3 of this year, only 36 hours

before the polls opened, and the White House was worried enough about what Connell might say under oath about his illegal activities that two administration attorneys were dispatched to represent him and help curtail his excess testimony. This happened after the White House was unsuccessful at stopping his appearance altogether.

An associate of Connell's had said that Connell was also involved in the destruction of the celebrated White House emails and the establishment of the then-secret, off-grid White House email system, and that Connell's testimony under oath concerning this also had to be of great concern to the administration's lawyers.

Earlier this year, VR fingered Michael Connell as the key Republican expert that created the nefarious computer attacks allowing off-site servers to tally state vote counts in secret and now reports that Karl Rove reacted by threatening Connell to "either take the fall or keep his mouth shut."

Two weeks before the November election, Rove was confidently saying that John McCain could "win ten battleground states" to become president. McCain was confidently telling everyone that he would win with a surge in the wee hours of election night. Another rigging appeared to be in the wind.

At Connell's Cleveland court appearance he was grilled about the election fraud, Trojan horse manipulations and the reported threats from Rove. But Connell couldn't remember anything, claiming he had no knowledge of any secret steps to change and conceal the vote counts. "He stonewalled like a champion, denying everything," said VR.

Only hours later and still the night before the election, Rove changed his tune and wrote on an Internet blog that "Obama would win by a landslide"—even in those states he had previously predicted McCain would win.

The election-fraud watchers claimed immediately that Rove "pulled the plug because he felt the heat" and knew it was too risky to carry forth the fraud any further at that point.



**Mike Connell,** Karl Rove's so-called "IT" (Internet Technology) guru—who was compelled six weeks ago to testify about Ohio vote-tampering in the presidential election of 2004—was killed recently in a solo plane crash. Connell was also considered vital to uncovering the truth about the missing White House emails—a critical link to uncovering the Alberto Gonzales Justice Department and Bush White House involvement in the politically motivated firings of nine U.S. attorneys. Sources close to the case say Connell had been warned his plane had been sabotaged, and that he had been threatened repeatedly by Bush administration officials. Above, Mike Connell at his desk.

Plaintiffs' lawyers needed Connell's testimony at the upcoming trial in order to implicate Karl Rove. They now fear they will never be able to do so.   ★



*Pat Shannon is the assistant editor of American Free Press. He is also the author of several videos and books including One in a Million: An IRS Travesty and I Rode With Tupper, detailing Shannon's experiences with Tupper Saussy when the American dissident was on the run in the 1990s. Both are available from First Amendment Books for $25 each.*

---

## Deliver the Vote: The History of American Election Fraud, 1742 to 2004

If elections are the lifeblood of a democracy, then we have an ailing body politic. From ballot stuffing and intimidating voters, to buying votes, suppressing turnout and manipulating returns, *Deliver the Vote* is an intensive examination into the hidden interiors of American politics that casts a provocative new light on how power in America is often obtained. Drawing on hundreds of elections from the colonial era to the 2004 election, historian Tracy Campbell reveals how a long-standing culture of corruption is alive and well in local, state, and national elections. Among those whose stories are central to this book are Boss Tweed, William Randolph Hearst, Huey Long, Harry Truman, Lyndon Johnson and Jimmy Carter, as well as countless local and state

politicians of every stripe. Combining social and political history in a vivid narrative, *Deliver the Vote* reveals how fraud has been a persistent and corrosive presence in American history, and is not confined to one party, location, or time period. Campbell explores every major reform to cleanse fraud and corruption—paper ballots, the secret ballot, or voting machines—and explains how they have only changed the way the game is played, sadly showing how American elections have never been in order. Softcover, 453 pages. #1523, $19. Order from First Amendment Books, 645 Pennsylvania Avenue SE, Suite 100, Washington, D.C. 20003. Call 1-888-699-NEWS toll free to charge with Visa or MasterCard.

EXHIBIT E

10   AMERICAN FREE PRESS · JANUARY 5 & 12, 2009 · ISSUE 1/2

ACROSS THE NATION with MARK ANDERSON

# Famed Prosecutor/Author Vows President Bush Will Be Brought to Justice for Mass Murder

## Bugliosi also accuses Bush of being AWOL 1,000 days of presidency

THE FORMER LOS ANGELES COUNTY district attorney who put Charles Manson and his followers behind bars for life is not finished with outgoing President George W. Bush. Indeed—rough though the road may be—Vincent Bugliosi sees the upcoming post-Bush period as an even better time to forge ahead to try Bush on murder allegations, on the basis of Bush getting America into the deadly Iraq war under false pretenses.

Since *American Free Press* broke the story last summer that Bugliosi was to be the keynote speaker at an Andover, Mass. law conference on high-level American war crimes—as a prelude to attending the September conference to interview him—Bugliosi says he has been fighting the American media's resistance to his effort to alert a sizable portion of Americans about the case against Bush. His book, *The Prosecution of George W. Bush for Murder*, has sold well, having made the *New York Times* bestseller list. But nothing seems to stick.

"We're looking for a few good prosecutors," Bugliosi said in a December interview, describing his quest to locate some local prosecutors, among 2,200 in the nation, with the fortitude to try the president. "I have to think that there is at least one out of 2,200."

Since no one among the 50 attorneys general in the states seems particularly interested in this matter (yet), Bugliosi, quoted Mark Twain: "Why is physical courage so common but moral courage so rare?"

All setbacks considered, Bugliosi was happy to report that an associate raised enough money to send 2,200 copies of his Bush book, along with a signed cover letter, to those 2,200 local prosecutors at the county level (or "parishes" in Louisiana). Any such prosecutor whose jurisdiction includes soldiers who died in Iraq has jurisdiction, as Bugliosi sees it. Since Vermont has perhaps the highest number of deaths in the current conflict as a percentage of its population, Bugliosi helped Charlotte Dennett in her unsuccessful effort to run as an independent last year for Vermont state attorney general. She received just 6 percent of the vote in November, but she announced her candidacy only 90 days before the general election.

Bugliosi's 2008 book that explains the case against Bush is his most recent in a string of major books that started with *Helter Skelter*, the blockbuster about the Tate-LaBianca murders that Manson inspired. The Bush book reveals how happy-go-lucky the president has behaved in what should be a highly somber time, with American soldiers bearing the brunt of the current conflicts and needlessly dying one-by-one in an ongoing occupation that resulted from what Bugliosi shows were false reports of Iraqi weapons of mass destruction, with bogus threats against the United States itself. This propaganda, he contends, was designed to "lie" Americans into an imperial war that was never declared by Congress as the Constitution requires.

According to Bugliosi, Bush also missed about 1,000 days of in-the-White House work in his eight years—during an Iraqi occupation that, while helping drain the U.S. economy to the breaking point, has killed at least 90,000 Iraqi civilians and, officially, some 4,215 American soldiers. Many soldiers died later from injuries and illnesses. Other thousands lost eyes, limbs and had their entire lives shattered. Meanwhile, Bush spent the equivalent of three years at his Crawford, Texas ranch or at Camp David, Maryland, which is how Bugliosi defined the president's extensive time off.

Bugliosi's central point is that Bush ought to be prosecuted on the basis of "vicarious liability," the concept that a participant in a criminal conspiracy (in this case a war based on lies) still is guilty of any resulting murders even if that participant did not pull any triggers. Bugliosi contends that sending American troops into harm's way and thereby bringing about the troops'



Former prosecutor Vincent Bugliosi signs copies of his book *The Prosecution of George W. Bush for Murder*. Bugliosi has sent more than 2,200 prosecutors copies of the book, looking for gutsy attorneys to help bring Bush to trial.

deaths is murderous, since falsehoods were foundational to such events. This also applies to the innocent Iraqis who died at the hands of those troops.

Ironically, the same logic was used to convict Charles Manson, who never set foot in the homes where those notorious California murders occurred in 1969.

For Bugliosi, even getting his Bush book published, including an audio version, was hard enough, due to the exceedingly narrow perspective of American conventional media, who have an unhealthy degree of reverence for government authority, especially the presidency. Bugliosi told AFP he had to go to the British Broadcasting Co. to record the audio version, and in order to raise money for a planned "big screen" documentary, he had to seek Canadian sources. Despite Bugliosi's fame and legal skills—he lost only one of the 106 felony cases he tried as a prosecutor, which included winning 21 out of 21 murder cases—the American media treat him like a virtual nonentity for focusing on America's imperial president.

Bugliosi has long lamented that neither impeachment nor even a meaningful reprimand has found its way to Bush, whose only known "jolt" in eight years was a pair of shoes recently thrown at him by an Iraqi journalist over his disgust with Bush's war policies. As veteran journalist William Norman Grigg noted in his Pro Libertate blog: "[Muntadar] al-Zaidi found himself unable to abide the spectacle of Bush stewing in self-congratulation while (Iraqi official) Nouri al-Maliki and the assembled reporters dutifully played along with the charade, passively ratifying the lies that continue to sustain the world-historic crime that is the Iraq war."

Grigg also noted: "Unlike Bush . . . (al-Zaidi) lives in Iraq. He has to live with the consequences of Bush's whimsical little venture in mass murder and social destruction."

Mr. al-Zaidi was reportedly beaten by guards, suffered broken bones and may go to trial for throwing shoes that missed the president. It seems punishment is only for the powerless. Bombs are OK; shoes aren't.

Bugliosi seems dedicated to pursuing a president who he sees as a major conspirator in this "world-historic" crime. In 2009, the 40th anniversary of the Tate-LaBianca murders, will anybody with authority be the first to step forward and go after Bush?    ★

Mark Anderson is a longtime newsman now working as a corresponding editor for *American Free Press*. Together he and his wife Angie provide many photographs of the events they cover for AFP. Mark welcomes your comments and inquiries as well as more leads. Email him at truthhound7@yahoo.com.

